No. 278, Misc. MEDLIN ET AL. *v.* UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *James J. Laughlin* for petitioners. *Acting Solicitor General Stern, Assistant*

*Attorney General Olney* and *Beatrice Rosenberg* for the United States.